**Order filed October 15, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00733-CR
_____

**GLENN E. MARSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Criminal Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 2012591**

---

## ORDER

Appellant is represented by retained counsel, Peter Justin. No reporter's record has been filed in this case. Karen Bauer, the official court reporter for the County Criminal Court at Law No. 3, informed this court that appellant had not made arrangements for payment for the reporter's record. On September 2, 2015, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). Appellant filed no reply.

Accordingly, we issue the following order:

We ORDER appellant's retained counsel, Peter Justin, to file a brief in this appeal on or before November 16, 2015. If counsel does not timely file the brief as ordered, we will issue an order requiring the trial court to hold a hearing to determine why the brief has not been filed.

PER CURIAM